# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 4, 2023

## NO. 03-21-00368-CR

**Rasheen Smith, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 424TH DISTRICT COURT OF BLANCO COUNTY
BEFORE JUSTICES BAKER, THEOFANIS, AND JONES
AFFIRMED -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgments of conviction. Therefore, the Court affirms the trial court's judgments of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.